**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1719**

TIFFANY R. GREEN,

            Plaintiff – Appellant,

      v.

GAP, INC.,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:13-cv-00251-RBS-TEM)

Submitted:  October 25, 2013          Decided:  November 15, 2013

Before FLOYD and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tiffany R. Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiffany R. Green appeals the district court's order dismissing her civil complaint without prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. GAP, Inc., No. 2:13-cv-00251-RBS-TEM (E.D. Va. filed on May 21, 2013 & entered on May 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2